■ THE PEOPLE OF THE STATE OF NEW YORK v. FRANCISCO CRUZ.— Motion to dispense with printing and for an enlargement of time granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney, New York County, and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record with this court, and on the further condition that the appeal be perfected and noticed for argument for a term on or before the September 1961 Term of this court. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. FLOYD KAZMERSKI.— Motion for an enlargement of time granted, insofar as to extend the defendant's time to serve and file the record on appeal and appellant's points to and including March 28, 1961, with notice of argument for the May 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE BUDNER.— Motion to dispense with printing and for an enlargement of time granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the information shall be substituted in place of the original information, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court, on or before March 28, 1961, with notice of argument for the May 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of GLADYS SCHWEIT v. SIDNEY A. FINE, a Justice of the Supreme Court of the State of New York, First Judicial Department.— Motion to dismiss petition as a matter of law granted and the proceeding unanimously dismissed, with $20 costs and disbursements to the respondent, Hon. SIDNEY A. FINE, Justice of the Supreme Court of the State of New York, First Judicial Department. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.